JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GRACE CAROLINA ESCOBAR TORREZ,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-03368 ADS

JUDGMENT

Pursuant to the Court's Order, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is granted.

DATED: October 1, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge